IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FELIX CHACON,

    Defendant.

**4:21CR3049**

**ORDER**

IT IS ORDERED:

1) The motion of Toni Wilson to withdraw as counsel of record for Defendant, (Filing No. 18), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Toni Wilson from any future ECF notifications herein.

May 18, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge