1:52:37 p.m. 03-21-2023  4:21-cr-03049-JMG-CRZ   Doc # 38   Filed: 03/22/23   Page 1 of 2 - Page ID # 72

03-21-'23 14:12 FROM- Saline County          4028212154             T-818  P0001/0001  F-163
024778202          Monzon Law PC LLO                          09:08:13 a.m.  03-21-2023       2/2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FELIX CHACON,<br><br>　　　　Defendant. | 4:21CR3049<br><br>WAIVER |

Defendant hereby states Defendant:

1) has read, reviewed, and understands the pending Petition for Violation of Pretrial Release;

2) has consulted with counsel regarding the pending charges; and

3) agrees to be federally detained on those charges without a hearing; and

4) pursuant to 28 USC § 1746, Defendant declares under penalty of perjury:

   I have read the statements contained within this document, the statements are true, and they are hereby knowingly, intelligently, and voluntarily presented to the court in support of Defendant's request to waive the right to a detention hearing on the pending charges.

Dated: 3/21/23

_____
Defendant

Dated: 3/21/23

_____
Defense Counsel

2

IT IS ORDERED:

The Defendant's waiver of detention is knowing, intelligent, and voluntary and is hereby accepted and approved. The detention hearing set for March 24th at 11:30 a.m. is cancelled.

March 22, 2023.

_____
Cheryl R. Zwart
United States Magistrate Judge